IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KALIMA JAMILA HAYWARD,**<br>Plaintiff, | **CIVIL ACTION** |
| v. | **NO. 23-3234** |
| **SOUTHWEST CREDIT SYSTEMS,**<br>Defendant. | |

**O R D E R**

**AND NOW**, this 31st day of August, 2023, upon consideration of Plaintiff Kalima Jamila Hayward's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Complaint (ECF No. 2), and Exhibits (ECF No. 3), **IT IS HEREBY ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE**.

4. Hayward may file an amended complaint within thirty (30) days of the date of this Order. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Hayward's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. Upon the filing of an amended complaint, the Clerk shall not make service until so ordered by the Court.

5. The Clerk of Court is **DIRECTED** to send Hayward a blank copy of this

Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Hayward may use this form to file her amended complaint if she chooses to do so.[1]

6.     If Hayward does not wish to amend her Complaint and instead intends to stand on her Complaint as originally pled, she may file a notice with the Court within thirty (30) days of the date of this Order stating that intent, at which time the Court will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case. If Hayward fails to file any response to this Order, the Court will conclude that Hayward intends to stand on her Complaint and will issue a final order dismissing this case.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**

---

[1] This form is available on the Court's website at http://www.paed.uscourts.gov/documents2/forms/forms-pro-se.