# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KALIMA JAMILA HAYWARD,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-3234** |
| | : | |
| **SOUTHWEST CREDIT SYSTEMS,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 16th day of January, 2024, upon consideration of Plaintiff Kalima Jamila Hayward's Amended Complaint (ECF No. 7) it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

> **BY THE COURT:**
>
> **/s/Wendy Beetlestone, J.**
> _____
> **WENDY BEETLESTONE, J.**